UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

```
JOSE A. VELEZ PEREZ,            *
                                *
        Plaintiff               *
                                *
        v.                      *   Civ. No. 97-2304 (PG)
                                *
FRITO LAY DE PUERTO RICO, INC., *
                                *
        Defendant               *
                                *
--------------------------------*
```

### JUDGMENT

The Court having granted plaintiff's motion requesting dismissal with prejudice, it is hereby

**ORDERED and ADJUDGED** that the instant action is **DISMISSED with prejudice.**

San Juan, Puerto Rico, August 31, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev.8/82)